UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT G. PAYNE,

    Plaintiff,

v.                                                    Case No. 3:18cv1413-MCR-CJK

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

This case is before the court upon plaintiff's complaint filed pursuant to 42 U.S.C. §§ 405(g) and 1383(c)(3) seeking judicial review of a final decision of the Commissioner of Social Security denying plaintiff's claim for benefits. (Doc. 1). Pending is the defendant's Motion for Entry of Judgment under Sentence Four of 42 U.S.C. § 405(g) with Remand of the Cause to Defendant. (Doc. 10). Plaintiff does not oppose the motion according to the certification of defendant. (Doc. 10, p. 2).

Pursuant to sentence four of 42 U.S.C. § 405(g), the court may "enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." The Commissioner states remand is appropriate for the ALJ to: (1) "reevaluate the medical evidence of record,

particularly treatment records from Dr. William Hooper, one of Plaintiff's treating physicians"; and (2) "reconsider and weigh the opinion evidence from treating physician Dr. Hooper." (Doc. 10, p. 2). Good cause has been shown for remand.

Accordingly, it is respectfully RECOMMENDED:

1. That defendant's Motion for Entry of Judgment under Sentence Four of 42 U.S.C. § 405(g) with Remand of the Cause to Defendant (doc. 10) be GRANTED and the Commissioner's decision denying benefits be REVERSED.

2. That this case be remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

3. That defendant be ordered to direct the Administrative Law Judge to consider the medical and opinion evidence of record, and issue a new decision.

4. That the clerk be directed to enter judgment for plaintiff and close the file.

At Pensacola, Florida, this 11th day of December, 2018.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**

Case No. 3:18cv1413-MCR-CJK

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u>  A copy of objections shall be served upon the Magistrate Judge and all other parties.  A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.

Case No. 3:18cv1413-MCR-CJK