UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT G. PAYNE,

    Plaintiff,

v.                                          CASE NO. 3:18cv1413-MCR-CJK

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

    Defendant.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 11, 2018. ECF No. 11. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's Motion for Entry of Judgment under Sentence Four of 42 U.S.C. § 405(g) with Remand of the Cause to Defendant, ECF No. 10, is GRANTED and the Commissioner's decision denying benefits is REVERSED.

3. This case is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

4. Defendant is ordered to direct the Administrative Law Judge to consider the medical and opinion evidence of record, and issue a new decision.

5. The clerk is directed to enter judgment for plaintiff and close the file.

**DONE AND ORDERED** this 15th day of January 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:18cv1413-MCR-CJK