UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT G. PAYNE,

    Plaintiff,

v.                                              CASE NO. 3:18cv1413-MCR-HTC

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.
_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 14, 2019. ECF No. 16. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's motion for attorney's fees and costs under the Equal Access to Justice Act, ECF No. 14, is **GRANTED**.

3. Plaintiff is awarded attorney's fees and costs in the amount of $5,710.25.

4. Defendant shall follow *Astrue v. Ratliff*, 560 U.S. 586 (2010), but make prompt payment to Plaintiff's counsel if no outstanding federal debt is due.

**DONE AND ORDERED** this 19th day of September 2019.

    *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**